# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| KENNETH E. RAMSEY, | ) |
| *Plaintiff*, | ) Case No. 1:17-cv-326 |
| v. | ) Judge Travis R. McDonough |
| CRYSTAL L. RAMSEY, et al., | ) Magistrate Judge Christopher H. Steger |
| *Defendants*. | ) |

## ORDER

On November 28, 2017, Plaintiff filed this *pro se* action as well as an application to proceed *in forma pauperis* (Docs. 1, 2). On May 23, 2018, United States Magistrate Judge Christopher H. Steger issued a report and recommendation, recommending the Court dismiss the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim and deny the application to proceed *in forma pauperis* as moot. (Doc. 3.) Plaintiff failed to timely object to the report and recommendation.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact, conclusions of law, and recommendation. Therefore, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 3) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** that the action be **DISMISSED WITHOUT PREJUDICE**.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**